# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

12:08 pm, Jan 28 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____crp_____ Deputy

| | |
|---|---|
| United States of America </br> v. </br> BLAINE KLUGE </br> *Defendant(s)* | ) ) ) ) Case No.  1:21-mj-208 TMD ) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 30, 2019  in the county of  Harford  in the _____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of Unregistered Firearm |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Timothy Moore*
Complainant's signature

Timothy K. Moore, Special Agent, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 1/28/2021

*[Judge's signature]*
*Judge's signature*

City and state:  Baltimore, Maryland          Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*