```
                                                          FILED _____ ENTERED
                                                      __ LOGGED _____ RECEIVED
PCM5.13.22                                              MAY 17 2022
CDA/ZBS: USAO# 2020R00857
                                                        AT BALTIMORE
                                                   CLERK, U.S. DISTRICT COURT
                                                    DISTRICT OF MARYLAND
                                                                      DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. RDB-22-00042 |
| | * | |
| BLAINE KLUGE, | * | (Possession of Unregistered Firearm, |
| | * | 26 U.S.C. § 5861(d); Forfeiture, 18 |
| Defendant. | * | U.S.C. § 924(d)) |

******

### SUPERSEDING INDICTMENT

### COUNT ONE
(Possession of Unregistered Firearm)

The Grand Jury for the District of Maryland charges that:

On October 30, 2019, in the District of Maryland, the defendant,

### BLAINE KLUGE,

did knowingly and willfully possess a firearm as defined in 26 U.S.C. §§ 5845(a) and 5845(b), that is, a cylindrical device, no manufacturer marks or serial number, capable of diminishing the sound report of a portable firearm, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5845(b), 5861(d), and 5871, and Title 18, United States Code, Section 921(a)(23) and 921(a)(24).

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5845(b)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 921(a)(23)
18 U.S.C. § 921(a)(24)

**FORFEITURE**

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), in the event of the defendant's conviction.

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in this Superseding Indictment, the defendant,

**BLAINE KLUGE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm(s) involved in that offense.

3. The property to be forfeited includes, but is not limited to, the following:

   a. a metal cylindrical device, wrapped in black electrical tape, approximately 5-3/8 inches in length and approximately 1 inch at its major diameter.

21 U.S.C. § 853
18 U.S.C. § 922(g)
18 U.S.C. § 924(d)
26 U.S.C. § 5872
28 U.S.C. § 2461

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED                    5/17/2022
_____         _____
Foreperson                            Date

2