UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BLAINE KLUGE | No. 1:22-cr-42-RDB |

**CONSENT TO DETENTION**

Blaine Kluge, through undersigned counsel, files this consent to detention. Mr. Kluge had his initial appearance on February 3, 2021 and was released on pretrial conditions that same day. ECF Nos. 7, 9. On March 11, 2022, he reported to serve a state sentence. He hereby consents to detention and requests that his release conditions be revoked.

Respectfully submitted,

James Wyda
Federal Public Defender

/s/
Maggie Grace (#29905)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21202
(410) 962-3962
Maggie_grace@fd.org

Approved: _____
Hon. Richard D. Bennett
U.S. District Judge

1